## Antonio Parisi, trading as A. Parisi & Company, Defendant in Error, v. Conrad Heegn, Plaintiff in Error.

### Gen. No. 21,500. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed April 28, 1916.

### Statement of the Case.

Action by Antonio Parisi, trading as A. Parisi & Company, plaintiff, against Conrad Heegn, defendant. To reverse a judgment for plaintiff, defendant prosecutes this writ of error.

It appeared from the statement of claim, in substance, that plaintiff was a real estate broker and at defendant's request procured a purchaser for certain real estate belonging to defendant, to whom defendant sold the property for $9,600, and that there was due and owing plaintiff $250 as a commission for the sale, according to rates fixed by the Chicago Real Estate Board.

Issue was taken in defendant's affidavit of merits only on the question of the procuring cause of the sale, defendant alleging that plaintiff was not, but another broker was, the procuring cause thereof, and the trial resulted in a verdict and judgment for plaintiff for $237.50.

Plaintiff's own undisputed evidence disclosed that there was no such contract as the implied contract sued on, but that there was an express contract that defendant would sell at a price to net him $9,500 and that plaintiff should get his commission or compensation from the purchaser. The defendant also made the same kind of arrangement with the other broker

through whom the deal was closed at the price of $9,600 after plaintiff had been negotiating with the same purchaser at the price of $9,750. The purchaser testified that he saved $150 in buying through the other broker.

ALBERT SCHAFFNER, for plaintiff in error.

GEORGE E. DAWSON, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 88*—*when evidence insufficient to support verdict.* In an action by a broker to recover commissions on the sale of real estate, evidence examined and *held* insufficient to support the verdict.

---

### August Larson, Plaintiff in Error, v. City of Chicago et al., Defendants in Error.

### Gen. No. 21,565. (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in the Branch Appellate Court at the February term, 1915. Affirmed. Opinion filed April 28, 1916. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Petition by August Larson, plaintiff, for a writ of mandamus against the City of Chicago, Carter H. Harrison, Mayor, and board of trustees of police pension fund of City of Chicago, defendants. The substance of the petition is set forth in the opinion of the Supreme Court transferring the cause to the Appellate Court, reported in 268 Ill. 61.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.